IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HASAN JONES,
        Plaintiff,
    v.
PENNSYLVANIA DEPARTMENT OF
CORRECTIONS, et al.,
        Defendants

Case No. 3:15-cv-44-KRG-KAP

Order, and Report and Recommendation

Order and Recommendation

Plaintiff Jones has filed a motion for reconsideration, docket no. 8. It should be denied. The included motion for appointment of counsel is denied: Local Civil Rule 10(C) provides that "[a]bsent special circumstances, no motions for the appointment of counsel will be granted until after dispositive motions have been resolved."

Report

Jones does not suggest an intervening change in controlling law or the availability of new evidence, and does not show the need to correct a clear error of law or prevent manifest injustice. See Wiest v. Lynch, 710 F.3d 121, 128 (3d Cir.2013)(discussing three purposes of motion under Fed.R.Civ.P. 59(e)). His route to correct any errors he believes this court committed is by an appeal to the Court of Appeals.

Pursuant to 28 U.S.C.§ 636(b)(1), the plaintiff is given notice that he has fourteen days to file written objections to the recommendation that his motion for reconsideration be denied.

DATE: 5 My 2015

Keith A. Pesto,
United States Magistrate Judge

Notice to counsel of record by ECF and by U.S. Mail to:

Hasan Jones KD-9093
S.C.I. Coal Township
1 Kelley Drive
Coal Township, PA 17866-1020