IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HASAN JONES,
        Plaintiff,
    v.
PENNSYLVANIA DEPARTMENT OF
CORRECTIONS, et al.,
        Defendants

Case No. 3:15-cv-44-KRG-KAP

## Memorandum Order

The plaintiff's Motion for Reconsideration, docket no. 8, was referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(3), and Local Rule 72 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on May 6, 2015, docket no. 11, recommending that the motion be denied. The plaintiff was notified at his given address that pursuant to 28 U.S.C.§ 636(b)(1), he had fourteen days to file written objections to the Report and Recommendation.

The Report and Recommendation sent to plaintiff at the address he provided was returned by the United States Postal Service as undeliverable, having been stamped by the Pennsylvania Department of Corrections that plaintiff had been released. Plaintiff has not provided a new address. After review of the record of this matter and the Report and Recommendation, the following order is entered:

AND NOW, this **3rd** day of March, 2016, it is

ORDERED that the Motion for Reconsideration, docket no. 8, is denied. If plaintiff contacts the Court, the Clerk shall provide him with a copy of this Order.

BY THE COURT:

*Kim R. Gibson*
KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE